Isaiah T. Feaster, pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, MD, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Isaiah T. Feaster appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Feaster v. Puller,* No. CA–00–2341 AMD (D.Md. Jan. 17, 2001). Foster's motion for default judgment is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Shawn Randall Norbrey, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Shawn Randall Norbrey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *Norbrey v. Angelone,* No. CA–00–1803–AM (E.D.Va. filed Dec. 11, 2000; entered Dec. 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Shawn Randall **NORBREY,**
**Petitioner–Appellant,**

v.

Ronald J. **ANGELONE, Director, Virginia Department of Corrections,**
**Respondent–Appellee.**

No. 01–6200.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.
Decided June 8, 2001.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Dion Ansara **ADAMS, Defendant–**
**Appellant.**

No. 01–6221.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.
Decided June 8, 2001.